## No. 60.

### THE STATE OF LOUISIANA VS. MARK WEST.

33a1261
51 1319

This case is similar to that of the State vs. Dellwood, just decided, on the two following points, which are affirmed in this opinion, to wit:

1st. An Appellant should not be prejudiced by the error committed by the judge in fixing the return day of the Appeal.

2d. A public officer vacates the office held by him by accepting another office incompatible with the former.

APPEAL from the Second Judicial District Court, parish of Webster. Drew, J.

J. A. W. Lowry, District Attorney, for the State, Appellee.

M. C. Mosely for Defendant and Appellant.

The opinion of the Court was delivered by

FENNER, J. The motion to dismiss in this case, is based on the same ground as that in the case of State vs. Dellwood, just decided, and the facts and circumstances of the two cases are identical. For the reasons there given, the motion is overruled.

The only error assigned is the denial of the motion to set aside the venire of jurors on the ground of disqualification of the jury commissioners by reason of their holding inconsistent offices. The motion was identical with that made in the case of State vs. Dellwood, and for the reasons given by us in that case, we hold the motion was properly overruled.

Judgment affirmed.

---

### DISSENTING OPINION.

POCHÉ, J. For the reasons given in my dissenting opinion in the case of the State vs. Dellwood, I dissent from the opinion of the majority on the motion to dismiss this appeal, and take no part in the opinion on the merits of this case.